The opinion of the Court was pronounced by
 

 Henderson, Judge.
 

 The evidence (the copy of a copy) was very clearly inadmissible
 
 ;
 
 but since the motion has been made for a, new trial, the original will, properly authenticated, has been produced, by which it appears that the copy was correct. The Legislature having made an olfice copy of a will, and
 
 a fortiori,
 
 the original itself properly authenticated, conclusive evidence whore fraud has not been suggested, and none
 
 in due time
 
 has been suggested here,
 
 in fact, none at all at any
 
 time, we are thereby assured,
 
 beyond a judicial doubt,
 
 that the J ory was not misled by ‘the evidence which was offered to them on that point. Were the evidence by which the former evidence was shewn, in point of fact correct, not conclusive upen the parties, a new trial should he granted, because we ought not to preclude them from litigating before the Jury the truth of that, evidence j but here if is a vain and useless thing, the evidence now offered being conclusive, that the Jury was not misled.
 

 The rule for a new trial of the issue must therefore be discharged.